In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00478-CR


____________________



KEYONA JAVON DUGAR, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 97634






MEMORANDUM OPINION


 Pursuant to a plea bargain agreement, appellant Keyona Javon Dugar pled guilty to 
robbery. On June 18, 2007, the trial court found the evidence sufficient to find Dugar guilty,
but deferred further proceedings, placed Dugar on community supervision for eight years,
assessed a fine of $500, and ordered Dugar to pay restitution. On May 9, 2008, the State
filed a motion to revoke Dugar's unadjudicated community supervision. Dugar pled "true"
to several violations of the conditions of her community supervision. The trial court found
that Dugar violated the conditions of her community supervision, found Dugar guilty of
robbery, and assessed punishment at seven years of confinement. 

 Dugar's appellate counsel filed a brief that presents counsel's professional evaluation
of the record and concludes the appeal is frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On January 8, 2009, we granted an extension of time for appellant to file a pro se
brief. We received no response from appellant. We reviewed the appellate record, and find
that no arguable issues support an appeal. Therefore, we find it unnecessary to order
appointment of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d
503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment. (1)

 AFFIRMED.

 __________________________________

 CHARLES KREGER

 Justice


Submitted on April 17, 2009

Opinion Delivered June 10, 2009

Do not publish


Before Gaultney, Kreger, and Horton, JJ.
1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.